PROB 12B
(7/93)

Report Date: June 11, 2007

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 12 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Christopher Wayne Hardwick         Case Number: 2:05CR00095-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 9/16/2005                 Type of Supervision: Supervised Release

Original Offense: Attempting to Utter and/or Pass    Date Supervision Commenced: 12/29/2006
Counterfeit Currency, 18 U.S.C. § 472

Original Sentence: Prison - 6 Months; TSR - 36       Date Supervision Expires: 12/27/2008
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20   You shall reside in a residential reentry center for a period of up to 120 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

Christopher Hardwick violated conditions of his supervised release by consuming methamphetamine on or about May 19, 2007, contrary to condition #7 of the conditions of supervised release. Mr. Hardwick also violated conditions of his supervised release by departing the residential reentry center (RRC) without permission on or about May 22, 2007 contrary to special condition #14. On May 23, 2007, the undersigned officer received a verbal report from staff at Bannum indicating the offender violated program rules by departing the facility as previously mentioned and failing to meet expectations while participating at the RRC. Apparently, Christopher Hardwick departed the facility on May 22, 2007, without receiving prior permission to do so. He returned to the facility a short time after and vehemently denied departing when confronted by the program director.

On May 23, 2007, the offender admitted to possessing and consuming methamphetamine on May 19, 2007. Mr. Hardwick signed an admission of drug use form acknowledging consumption on or about the aforementioned date.

### U.S. PROBATION OFFICER ACTION:

As an intermediate sanction, Christopher Hardwick was verbally reprimanded and transferred to a more restrictive facility (Geiger Corrections Center) to complete his RRC obligation. As a result of his violating the rules and regulations of the RRC, he agreed to sign the attached probation form 49, waiver of hearing, agreeing to modify his conditions as outlined. It should be noted that the Court previously imposed a 180-day RRC obligation as a condition of his supervised release supervision. As the Court may recall, Mr. Hardwick's term of supervised release supervision was revoked May 15, 2006, given his continued noncompliance while under supervision.

It is anticipated Mr. Hardwick will continue to participate in aftercare treatment at New Horizons Care Center and follow the rules at Geiger Corrections Center. The undersigned officer successfully facilitated entry into the STEP program administered by the Court and U.S. Probation. Mr. Hardwick is considered an appropriate candidate for the program.

It is hoped the intermediate sanction imposed meets the expectations of the Court. The undersigned officer is convinced the offender is amenable to treatment and supervision efforts. However, in the event Your Honor should choose to have a warrant or summons issued, please advise, and the undersigned officer will prepare the appropriate petition and present it for your signature.

Respectfully submitted,

by Tommy Rosser

Tommy Rosser
U.S. Probation Officer
Date: June 11, 2007

### THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

June 11, 2007
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

20    You shall reside in a residential reentry center for a period of up to 120 days.  This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO.  You shall abide by the rules and requirements of the facility.  You shall remain at the facility until discharged by the Court.

Witness: _Tommy Ross_       Signed: _/s/ Christopher Hardwick_
           Tommy Rosser                        Christopher Wayne Hardwick
       U.S. Probation Officer              Probationer or Supervised Releasee

_5-29-07_
Date